No. 85–519.   RANDALL ET AL. *v.* LOFTSGAARDEN ET AL. C. A. 8th Cir.   [Certiorari granted, 474 U. S. 978.]   Motion of petitioners for divided argument denied.

No. 85–954.   JAPAN WHALING ASSN. ET AL. *v.* AMERICAN CETACEAN SOCIETY ET AL.; and

No. 85–955.   BALDRIGE, SECRETARY OF COMMERCE, ET AL. *v.* AMERICAN CETACEAN SOCIETY ET AL.   C. A. D. C. Cir.   [Certiorari granted, 474 U. S. 1053.]   Motion of the Solicitor General for divided argument granted.

No. 85–6314.   IN RE BONDURANT.   Petition for writ of habeas corpus denied.

No. 85–6263.   IN RE GALBREATH;
No. 85–6279.   IN RE COLBERT; and
No. 85–6287.   IN RE BOUDETTE.   Petitions for writs of mandamus denied.

No. 85–6320.   IN RE MACGUIRE.   Petition for writ of prohibition denied.

No. 84–2022.   324 LIQUOR CORP., DBA YORKSHIRE WINE & SPIRITS *v.* MCLAUGHLIN ET AL.   Appeal from Ct. App. N. Y. Probable jurisdiction noted.

No. 85–608.   ILLINOIS *v.* KRULL ET AL.   Sup. Ct. Ill.   Certiorari granted.

No. 85–1088.   BURLINGTON NORTHERN RAILROAD CO. *v.* WOODS ET AL.   C. A. 11th Cir.   Certiorari granted.

No. 85–1092.   KEYSTONE BITUMINOUS COAL ASSN. ET AL. *v.* DUNCAN, SECRETARY, PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES, ET AL.   C. A. 3d Cir.   Certiorari granted.

No. 85–1226.   COMMISSIONER OF INTERNAL REVENUE *v.* GROETZINGER.   C. A. 7th Cir.   Certiorari granted.